# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 10-1557-TUC-CKJ(GEE) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Lynda Villasenor, ) | |
| Defendant. ) | |

Counsel for Government, having filed a Motion for Settlement Conference Report and good cause appearing,

IT IS ORDERED that the U.S. Probation Office prepare a report and provide it to counsel for the Defendant by **August 20, 2010.**

DATED this 4th day of August, 2010.

_____
Glenda E. Edmonds
United States Magistrate Judge